UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
        -against-                 :         ORDER
                                  :
                                  :
                                  :     16-CR-488            (LAK   )
Leonard Sterling                  :         Docket #
                                  :
------------------------------------x


Hon. Lewis A. Kaplan_____, DISTRICT JUDGE.
        Judge's Name

The attorney retained in this case,

Benjamin Silverman_____ is hereby ordered
        Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA attorney in order to file a

compassionate release motion.

                                            SO ORDERED

                                            _____
                                            UNITED STATES DISTRICT JUDGE

Dated:  8/14/2020