LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

MEMORANDUM ENDORSED

August 27, 2020

**By ECF and Email**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*U.S. v. Leonard Sterling,*
**16 Cr. 488 (LAK)**

Your Honor:

I represent Leonard Sterling in the above-captioned case and I write respectfully to request that Mr. Sterling be permitted to file a new, counseled motion for compassionate release no later than September 4, 2020, which is one week from tomorrow. The government consents and requests that its opposition be due on September 18, 2020. The proposed schedule will provide counsel an opportunity to continue collecting certain materials that will support Mr. Sterling's application and assist the Court's determination.

For the foregoing reasons, I respectfully request that the Court endorse this letter to allow counsel to file a new compassionate release motion by September 4 and the government to respond by September 18. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: AUSA Drew Skinner (by ECF)
Leonard Sterling (by U.S. mail)

Granted.
Counsel should be aware that Mr. Silverman's parents are friends of the undersigned and that his father was a law partner 26 and more years ago.

[signature]
8/28/2020