**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

**MEMO ENDORSED**

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Leonard Sterling</u>, 16 Cr. 488 (LAK)

Dear Judge Kaplan:

    With respect to the Court's Order filed today, the Government writes, on advice of counsel for the Bureau of Prisons, to respectfully request that the Court modify the pertinent part of its Order to read:

    Defendant shall be released from prison forthwith, subject to any outstanding detainers. His sentence is amended to time served, and he shall serve 8 months of his supervised release term on home confinement, which shall conclude on May 12, 2021. Upon the completion of his term of home confinement, he shall serve the remainder of his four year term of supervised release ordered by the Court at the time of sentencing.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: __/s/_____
Drew Skinner
Assistant United States Attorney
(212) 637-1587

cc: counsel for Leonard Sterling (by ECF)

Order so modified.

9/17/2020

SO ORDERED

LEWIS A. KAPLAN, USDJ